# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KIMBERLY DOWLING, an individual,

   Plaintiff,

 vs.

FRITO-LAY, INC., et al.,

   Defendants.

No.: 2:17-cv-01914-RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

THIS MATTER comes before the Court on Plaintiff's Motion for Leave to Amend Complaint. Dkt. #15. Defendant has not opposed the motion. Accordingly, it is hereby ORDERED:

Plaintiff's Motion for Leave to Amend Complaint (Dkt. #15) is GRANTED. Plaintiff's counsel SHALL sign and file Plaintiff's Amended Complaint, as filed at Exhibit 3 to the Declaration of Peter Montine.

SO ORDERED this 14th day of May, 2018.

            RICARDO S. MARTINEZ
            CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT
Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670

Presented by:

ROCKE │ LAW Group, PLLC

_____
Peter Montine, WSBA No. 49815
Attorney for Plaintiff
Rocke Law Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT
Page 2

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670