UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY DOWLING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRITO-LAY, INC., a Delaware corporation, PEPSICO, INC., a North Carolina corporation, JEFF MCCONNELL, an individual, TONY PLESKACZEWSKI, an individual, DWAYNE ESTES, an individual, and ROLLING FRITO-LAY SALES, LP, a Texas limited partnership;<br><br>　　　　Defendants. | Case No.: C17-1914 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kimberly Dowling and Defendants Frito-Lay, Inc., PepsiCo, Inc., Jeff McConnell, Tony Pleskaczewski, Dwayne Estes, and Rolling Frito-Lay Sales, LP (collectively, "Defendants") that all of Plaintiff's claims against Defendants should be dismissed with prejudice and without assessment by the court of costs or attorneys' fees to any party.

//

//

*Presented by:*

STIPULATION AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 1
(No. 2:17-cv-01914-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150, Seattle, WA 98101
Phone: 206.693.7057| Fax: 206.693.7058

Dated: August 28, 2018.

| | |
|---|---|
| **ROCKE LAW GROUP, PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | *s/Adam T. Pankratz* |
| *s/Aaron Rocke* | *s/Kyle D. Nelson* |
| Aaron V. Rocke, WSBA #31525 | Adam T. Pankratz, WSBA No. 50951 |
| Peter Montine, WSBA #49815 | adam.pankratz@ogletree.com |
| aaron@rockelaw.com | Kyle D. Nelson, WSBA No. 49981 |
| peter@rockelaw.com | kyle.nelson@ogletree.com |
| 101 Yesler Way, Ste. 603 | 800 Fifth Avenue, Suite 4100 |
| Seattle, WA 98104 | Seattle, WA 98104 |
| Phone: 206-652-8670 | Phone: 206.693.7057 |
| | Fax: 206.693.7058 |
| Attorney for Plaintiff Kimberly Dowling | |
| | Attorneys for Defendants |

STIPULATION AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 2
(No. 2:17-cv-01914-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150, Seattle, WA 98101
Phone: 206.693.7057| Fax: 206.693.7058

# ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that all of Plaintiff's claims against Defendants Frito-Lay, Inc., PepsiCo, Inc., Jeff McConnell, Tony Pleskaczewski, Dwayne Estes, and Rolling Frito-Lay Sales, LP are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party, and the case is hereby closed.

DATED this 29th day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
OF ALL CLAIMS WITH PREJUDICE - 3
(No. 2:17-cv-01914-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058